—O—

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:05-CR-21-CJC-2 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Tudor Petkov Azgorov | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ☒  the appearance of defendant as required; and/or

(B)  ☒  the safety of any person or the community.

//
//

The court concludes:

A.   [X]   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct or obey conditions_

(B)   [X]   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions; also, no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 11/15/10

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE